CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 24 2018

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

AO 93 (Rev. 11/13) Search and Seizure Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 4:18-mj-00071
The premises of 124 Forest Lawn Drive )
Danville, Virginia 24540 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A (incorporated herein by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B (incorporated herein by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____June 24, 2018_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____The Honorable Joel C. Hoppe_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 06/11/2018 1:27 pm

City and state: Charlottesville, Virginia

*Judge's signature*

The Honorable Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 4:18-mj-00071 | 6/14/2018 6:25 am | No one present. Left at residence |

Inventory made in the presence of : N/A

Inventory of the property taken and name of any person(s) seized:

1. RED Bandana
2. 1 - Hand written letter addressed to Marcus Davis.
3. Picture of Marcus Davis with red bandana on his shoes, Bulls hat on, and tipped off to the right (9-Trey).
4. Blue bandana
5. One plastic bag containing green leafy substance.
6. Clear knotted baggy containing white powder substance.
7. Samsung SM-B311V MEID Hex: A00000 4762F3DE Cellphone # 434-713-9253.
8. Samsung SCH-M828C Tracfone Wireless, 4GB SD MEID Hex: A00000 2FA4F8AH
9. One black Alcatel cell with battery SIM GPALA2056V28 # 89012608 2151316535.
10. One ZTE Z992 Black cell phone with camera. IMEI 864721021032434
11. Samsung Alltel red flip phone with camera - no battery present. Model: SCH-U350 Hex # A00000 1709D04D
12. RCA Tablet Model: RCT6973W43 with power cord
13. One (1) knife, stainless steel blade with wood handle.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/28/2018

_Executing officer's signature_

Steven W. Duke   Special Agent
_Printed name and title_

Received in chambers by reliable electronic means and sworn and attested to by telephone on July 3, 2018.

U.S. Magistrate Judge